CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 21 2023

LAURA A. AUSTIN, CLERK
BY: /s/ Little
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

DALLAS B. GENTRY, )
)
    Plaintiff, )
) Civil Action No. 2:23-cv-00020-JPJ-PMS
v. )
)
KILOLO KIJAKAZI, )
Acting Commissioner )
of Social Security, )
)
    Defendant. )

## JUDGMENT ORDER

AND NOW, this **21** day of **Sept.**, 2023, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____ J.
Sr. USDJ